FILED
2008 Apr-14 PM 06:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| M. H. Fox, et. al, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action Number: |
| ) | 4:99-CV-1612-VEH |
| ) | |
| Tyson Foods, Inc., et al., ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF M. H. FOX'S MOTION FOR ATTORNEYS' FEES AND EXPENSES

COMES the plaintiff, M. H. Fox, who moves for an award of attorneys' fees and expenses against the defendant as follows:

1. Final Judgment was entered March 31, 2008, on the Fair Labor Standards Act claim brought by M. H. Fox. Doc. No. 789.

2. Such judgment awarded plaintiff's attorneys' fees and costs "in an amount to be determined by the Court." Doc. no. 789.

3. Mr. Fox's attorneys from the firm of Wiggins, Childs Quinn & Pantazis seek payment of the following attorneys' fees for work necessary to prosecute Mr. Fox's individual claim:

|                      | Hours  | Rate  | Total        |
|----------------------|--------|-------|--------------|
| Robert L. Wiggins, Jr.: | 461.2  | $550  | $253,660.00  |
| Candis A. McGowan:   | 678.8  | $400  | $271,520.00  |
| Robert F. Childs:    | 10.00  | $550  | $5,500.00    |
| Ann K. Wiggins:      | 19.5   | $400  | $7,800.00    |
| Jake A. Kiser:       | 10.75  | $200  | $2,150.00    |
| Paralegals:          | 236.76 | $110  | $26,043.60   |
| Total Lodestar Fee Sought |    |       | $566,673.60  |

Such fees and expenses are sought only for work necessary to the prosecution of M. H. Fox's individual claim and that would have occurred even in the absence of the other named plaintiffs and opt-ins who joined this action and the proceedings related to collective certification.[1]

4. Attorney Roger Doolittle has expended 47.30 hours of work attributable

---

[1] The time and expense sought by Wiggins, Childs, Quinn and Pantazis does not include work related to the ten original plaintiffs or the opt-ins who were previously dismissed from this action except for that of Candis McGowan. Her time includes work done on behalf of Mr. Fox at another law firm during the period he was one of ten named plaintiffs. Ten percent of the latter time is allocated to M. H. Fox's individual claim as part of Ms. McGowan's current fee submission. Attorneys from Ms. McGowan's former law firm, Gardner, Middlebrooks, also have time attributable to this case for Frederick T. Kuykendall, S.C. Middlebrooks, Sam Heldman, David Hodge, and D.W. Grimsley of approximately 51.45 hours. These attorneys may seek these hours in a later pleading to the extent attributable to M. H. Fox's claim.

to M. H. Fox's individual claim at an hourly rate of $500 per hour, for a total lodestar of $23,650.

5. Attorneys from the firm of Cohen, Milstein, Hausfeld & Toll seek payment for: (1) time related to M. H. Fox's individual claim; and (2) ten percent (10%) of the time expended in the original *Fox* proceeding while M. H. Fox was one of the ten named plaintiffs (10%)[2].

Hours Worked Related To M. H. Fox's individual claim

| NAME | POSITION | RATE | HOURS |
|---|---|---|---|
| Joseph M Sellers | partner | $580 | 52.95 |
| Christine E Webber | partner | $465 | 254.0 |
| Charles E Tompkins | partner | $400 | 98.7 |
| Sahar Aziz | associate | $220 | 43.3 |
| Michelle Exline | contract attorney | $140 | 18.25 |
| Christine Vaughn | paralegal | $165 | 30 |
| Emily Ouellette | paralegal | $165 | 30.25 |
| Pamela Macker | paralegal | $180 | 48.0 |
| subtotal lodestar | | | $218,940.00 |

Hours Worked Related to Plaintiffs Generally

| NAME | POSITION | RATE | HOURS |
|---|---|---|---|
| Joseph M Sellers | partner | $580 | 632.2 |
| Christine E Webber | partner | $465 | 1025.0 |
| Charles E Tompkins | partner | $400 | 944.0 |
| Jennifer Gundlach | associate | $220 | 65.25 |
| Michelle Exline | contract attorney | $140 | 67.75 |

---

[2] The time sought by Cohen, Milstein, Hausfeld & Toll includes time previously sought in the Hatchett and Brothers fee petitions, and they recognize that defendant would be entitled to an off set in those petitions for fees awarded in this case.

| Name | Position | Rate | Hours |
|---|---|---|---|
| Brent Landau | law clerk | $180 | 32.25 |
| Josh Devore | law clerk | $180 | 24.75 |
| John Ginsberg | law clerk | $130 | 64.5 |
| Jante Santos | law clerk | $145 | 43 |
| Scott Dolazel | law clerk | $130 | 120.0 |
| Christine F Vaughn | paralegal | $165 | 159.5 |
| Emily Ouellette | paralegal | $165 | 646.0 |
| Lisa Byun | paralegal | $135 | 14.25 |
| Mary Anne Fink | paralegal | $165 | 24.25 |
| Pamela Macker | paralegal | $180 | 16.75 |
| Ryan Hale | paralegal asst. | $75 | 18.0 |
| Robert Smits | paralegal | $180 | 89.75 |
| Toni Kirby | paralegal asst. | $140 | 21.75 |
| Yasser Al-Keliddar | paralegal | $135 | 30.75 |

subtotal lodestar $1,451,809.75
10% of subtotal $145,180.97

Total Lodestar Fee Sought for M. H. Fox's individual claim: $364,120.97

6. Attorneys from the firm of Karmel and Gilden seek payment based on the following allocation of time:

Hours Worked Related To M. H. Fox's individual claim

| NAME | POSITION | RATE | HOURS |
|---|---|---|---|
| Jairus M. Gilden | Partner/S/P | $350 | 34 |
| subtotal lodestar | | $11,900 | |

Hours Worked Related to Plaintiffs Generally

| Jairus Gilden | Partner/SP | $350 | 88.25 |
| Jonathan Karmel | Partner | $350 | 2.00 |

10% of subtotal $3,088.72

Total Lodestar Fee
Sought For M. H. Fox's
individual claim                                    $14,988.72

7.  Attorneys from the Public Justice Center seek payment based on the following allocation:

Hours Worked Related To M. H. Fox's individual claim

| NAME | POSITION | RATE | HOURS |
|---|---|---|---|
| Debra Gardner | Legal Director | $400 | 31.8 |
| Deborah Eisenberg | Staff Attorney | $300 | 9.5 |
| Tara Andrews | Staff Attorney | $250 | 20.4 |
| subtotal lodestar | | | $20,670.00 |

Hours Worked Related to Plaintiffs Generally

| Jonathan Smith | Exec Director | $400 | 13.4 |
|---|---|---|---|
| Debra Gardner | Legal Director | $400 | 54.9 |
| Deborah Eisenberg | Staff Attorney | $300 | 53.8 |
| Tara Andrews | Staff Attorney | $250 | 3.6 |
| Marc Steinberg | Staff Attorney | $240 | 6.0 |
| Jennifer Temchine | Law Clerk | $115 | 1.6 |
| subtotal lodestar | | | $47,984.00 |
| 10% of subtotal | | | $4,798.40 |

Total Lodestar Fee
Sought for M. H.
Fox's individual claim
                                                    $30,266.80

8.  Further itemizations of the foregoing hours of work will be submitted at the proper time.

9.  Expenses: The attorneys for M. H. Fox reasonably incurred expenses in the amount of $58,088.86 in the prosecution of this case. *Dowdell v. City of Apopka,*

*Florida*, 698 F.2d 1181, 1189-91 (11th Cir. 1983). Such expenses were incurred in the following amounts by each firm:

| | |
|---|---|
| Wiggins, Childs, Quinn & Pantazis: | $ 21,004.14 |
| Cohen, Milstein, Hausfield & Toll: | $ 30,311.75 |
| Roger Doolittle: | $      962.29 |
| Candis McGowan's prior firms: | $   5,537.29 |
| Karmel and Gilden: | $        54.96 |
| Public Justice Center | $      218.43 |
| Total Expenses: | $58,088.86 |

These expenses include: (a) those that were necessary to prosecute M. H. Fox's claim regardless of the other plaintiffs' or opt-ins' claims that were originally part of this case; and (b) ten percent (10%) of the expenses attributable to both M. H. Fox and the other nine original named plaintiffs prior to their dismissal from this action.

WHEREFORE, premises considered, M. H. Fox requests an award of attorneys' fees and expenses in the amounts and on the conditions set forth above.

Respectfully submitted,

s/Robert L. Wiggins, Jr.
Candis A. McGowan, ASB-9358-036C
Robert L. Wiggins, Jr., ASB-1754-G-63R
Robert F. Childs, Jr. ASB-2223-C-60R
Ann K. Wiggins, ASB-7006-I-61A
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building, 301 19th Street North
Birmingham, Alabama 35203
205/314-0500, 205-254-1500 (Facsimile)

Joseph M. Sellers, Esq. (D.C. Bar No. 318410)
Christine E. Webber, Esq. (D.C. Bar No. 439368)
Cohen, Milstein, Hausfeld, & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower - Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600, Facsimile: (202) 408-4699

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tony G. Miller, Esq.
David M. Smith, Esq.
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

Michael J. Mueller, Esq.
Joel M. Cohn, Esq.
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
1333 New Hampshire Ave., N.W., Suite 400
Washington, D.C. 20036
(202) 887-4000

s/Robert L. Wiggins, Jr.
**OF COUNSEL**
